Argued and submitted April 13, vacated in part; otherwise affirmed May 4,
petitioner's motion for reconsideration filed May 6 allowed by opinion August 3, 1994
See 129 Or App 314 (1994)

In the Matter of the Compensation of
Donald Martin, Claimant.

ROSEBURG FOREST PRODUCTS,
*Petitioner,*

*v.*

Donald MARTIN,
*Respondent.*

(92-10346; CA A80804)

872 P2d 446

Adam T. Stamper argued the cause for petitioner. On the brief were Peter L. Deuel and Cowling & Heysell.

Pamela A. Schultz argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

**PER CURIAM**

Employer seeks review of an order of the Workers' Compensation Board that ordered it to reprocess claimant's claim to initial closure. We agree with employer that it had already properly processed the claim to closure by its notice of closure dated March 28, 1991. All issues between the parties were addressed and no further processing is required.

Board's order that employer reprocess the claim vacated; otherwise affirmed.